# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AISHA Y. COCHRAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MOISES A. GALLEGOS BARRERA, et al., <br><br> Defendants. <br><br>――――――――――――― <br><br> And Related Cross Action. | Case No.: 17-CV-0429 W (BLM) <br><br> **ORDER (1) GRANTING JOINT MOTION TO DISMISS FEDERAL DEFENDANTS [DOC. 23] AND (2) REMANDING CASE TO SAN DIEGO SUPEROR COURT** |

On March 2, 2017, Defendants United States of America, and U.S. Customs and Border Protection (the "Federal Defendants") removed this lawsuit from the San Diego Superior Court under 28 U.S.C. §§ 1441 and 1442. The parties have now filed a joint motion to dismiss the Federal Defendants from this lawsuit without prejudice. Good cause appearing, the Court **GRANTS** the joint motion [Doc. 23] and **DISMISSES** the Federal Defendants **WITHOUT PREJUDICE**.

1

In light of the Federal Defendants dismissal, the Court **ORDERS** this case remanded to the San Diego Superior Court. <u>District of Columbia v. Merit Systems Protection Bd.</u>, 762 F.2d 129, 133 (D.C. Cir. 1985).

**IT IS SO ORDERED**.

Dated: June 29, 2017

_____
Hon. Thomas J. Whelan
United States District Judge